**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CHRISTOPHER WHITE, JR.**                    **CIVIL ACTION**

**VERSUS**                                    **NO.  26-1342**

**HILTON GRIFFIN ET AL.**                     **SECTION "P" (5)**

## ORDER

The Court, having considered the complaint, the applicable law, and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Christopher White, Jr. is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 6th day of August 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**